THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00032-MR-DLH-5

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.      ) | **O R D E R** |
| ) | |
| RICHARD ASHLEY RICH,      ) | |
| ) | |
| Defendant.      ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion requesting a copy of the Defendant's Presentence Report [Doc. 166].

In his letter, the Defendant appears to seek a copy of his Presentence Report at the Government's expense. The Defendant, however, has no current matters pending before the Court. The Defendant was sentenced in September 2013, and he did not file a direct appeal or any post-conviction proceedings. With no current motions pending, the Defendant has failed to demonstrate a particularized need for his presentence report. See United States v. Velasquez, No. 5:10-CR-00042, 2012 WL 3307264, at *1 (W.D.N.C. Aug. 13, 2012) (Voorhees, J.) (holding that a copy of presentence report may be obtained from the district court only upon a showing of

particularized need) (citing United States v. Williams, No. 88-7340, 1989 WL 152422, at *2 (4th Cir. Dec. 11, 1989)). Accordingly, the Defendant's motion must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion requesting a copy of the Defendant's Presentence Report [Doc. 166], is **DENIED**.

**IT IS SO ORDERED.**   Signed: May 14, 2015

Martin Reidinger
United States District Judge